IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE M. DURNACK, *et al*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RETIREMENT PLAN COMMITTEE OF TALEN ENERGY CORPORATION, *et al*,<br><br>        Defendants. | CIVIL ACTION<br>NO. 20-5975 |

## ORDER

**AND NOW**, this 13th day of September, 2021, upon review of Defendants' Motion to Dismiss, Plaintiff's opposition thereto and Defendants' Reply, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 10) is **DENIED**;

2. Defendants shall file an Answer to Plaintiffs' Complaint within twenty (20) days of the date of this Order; and

3. The parties shall immediately commence discovery.

            **BY THE COURT:**

            **/s/ Jeffrey L. Schmehl**
            Jeffrey L. Schmehl, J.