IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE M. DURNACK, et al., | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| v. | : 5:20-cv-05975 |
| RETIREMENT PLAN COMMITTEE OF TALEN ENERGY CORPORATION, et al., | : CLASS ACTION |
| Defendants. | : |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED CLASS
SETTLEMENT AND AUTHORIZING NOTICE TO THE CLASS**

Plaintiffs Annette M. Durnack, Anne W. Fiore, Timothy G. Wales, and Jeffrey S. Weik hereby move for preliminary approval of the parties' proposed class action settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. In support of their motion, Plaintiffs show the accompanying Plaintiffs' Memorandum in Support of Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and Authorizing Notice to the Class.

This motion is unopposed. It seeks entry of the accompanying proposed Order in the form agreed to by the parties in the Settlement Agreement dated February 20, 2024.

WHEREFOR, for the reasons stated, Plaintiffs request that their Unopposed Motion for Preliminary Approval of Proposed Class Settlement be granted.

Dated: February 21, 2024

                                              Respectfully submitted,

                                              */s/ Alan M. Sandals*
                                              Alan M. Sandals
                                              (PA Bar ID No. 36044)
                                              **SANDALS & ASSOCIATES, P.C.**
                                              4 Green Hill Road

P.O. Box 385
Washington Depot, CT 06794
(860) 868-1140

*/s/ Richard L. Bazelon*
Richard L. Bazelon
(PA Bar ID No. 2505)
**BAZELON LESS & FELDMAN, P.C.**
One South Broad Street, Suite 1500
Philadelphia, PA 19107
(215) 568-1155

*/s/ Jeffrey Lewis*
Jeffrey Lewis
(*Admitted Pro Hac Vice*)
**KELLER ROHRBACK L.L.P.**
180 Grand Avenue, Suite 1380
Oakland, CA 94612
(510) 463-3900
jlewis@kellerrohrback.com

*/s/ Christopher Graver*
Christopher Graver
(*Admitted Pro Hac Vice*)
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
(602) 248-0088
cgraver@kellerrohrback.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2024, a true and correct copy of the foregoing was served upon the following counsel for Defendants by email and by electronic filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and is available for viewing and downloading from the ECF system by:

>Jeremy P. Blumenfeld
>Brandon J. Brigham
>**MORGAN, LEWIS & BOCKIUS, LLP**
>2222 Market Street
>Philadelphia, PA 19103
>215-963-5000
>
>*Counsel for Defendants*
>
>
>*/s/ Alan M. Sandals*
>Alan M. Sandals